# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
   *Plaintiff- Appellee,*

v.

ANTONIO RAMIREZ-RAMIREZ,
   *Defendant-Appellant.*

No. 25-20155

## UNITED STATES' UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE BRIEF

The United States requests a 30-day extension of time to file its brief, to and including December 19, 2025, for the following reasons:

1. Ramirez-Ramirez was convicted, following a jury trial, of conspiracy to possess with intent to distribute five or more kilograms of cocaine and possession of a firearm by an alien. ROA.411. The district court sentenced him to an aggregate term of 216 months' incarceration and five years' supervised release. ROA.412-13. Judgment was entered on April 22, 2025. ROA.411. Ramriez-Ramirez, Reg. No. 98434-510, is scheduled to complete his term of incarceration in April of 2039 (Federal Inmate Locator, available at: https://www.bop.gov/inmateloc/ [last accessed:

11/11/25]). On appeal, Ramirez challenges the introduction of translations of recorded phone calls as evidence at trial and the imposition of two sentencing enhancements. Appellant's Br. 2.

2. I am requesting this extension due to my current press of work. Following this Court's first grant of an extension, I drafted and filed the government's brief in *United States v. Luna*, No. 25-40272, a case following the dismissal of an indictment based upon a purported constitutional violation under the Second Amendment. I drafted and filed a dispositive motion in response to the 28 U.S.C. § 2241 motion filed in *Lawrence v. Manager*, Civ. No. 4:25-CV-4515 (S.D.T.X.). I am currently drafting the government's opposition to the habeas corpus petition filed in *United States v. Zuniga-Sagrero*, Crim. No. 4:23-CR-0178 (S.D.T.X.).

3. In addition to these principal drafting duties, I have also prepared for an evidentiary hearing scheduled for November 13, 2025, in the habeas corpus proceeding in *United States v. Castillo-Ruiz*, Crim. No. 21-CR-01683 (S.D.T.X.). That defendant has asserted approximately ten different claims, principally relating to assertions of ineffective assistance of counsel. I am also preparing for oral argument in *United States v. Smith*, No. 25-20058, currently scheduled for December 3, 2025. I did not

draft the government's brief in that matter and have spent significant time reviewing the record and issues in preparation for that argument.

4. Meanwhile, I have reviewed the entirety of the record in Ramirez-Ramirez's appeal, researched relevant caselaw, and begun drafting the government's response brief. Notably, Ramirez-Ramirez was convicted following a nine-day jury trial, and the record spans more than 2,500 pages. And Ramirez-Ramirez raises complex issues of law in his brief, particularly his evidentiary claim.

5. Since the last extension, I have also edited many briefs and responses for colleagues in the Appellate Division. This included providing substantive edits in *United States v. Montemayor*, No. 25-40084 prior to its recent filing. I currently serve as an official mentor to a recently hired Appellate Division colleague. Therefore, I spend significant time discussing this colleague's pending cases and assisting that colleague with various administrative responsibilities. And I continue to aid attorneys in the Trial Division. This includes researching caselaw and reviewing drafts of filings. Many of these Trial Division issues are novel.

6. Finally, I was recently out of the country from October 20, 2025, through October 24, 2025, without access to Ramirez-Ramirez's files. And

I will be on preplanned leave from November 25, 2025, through November 28, 2025.

7. I am unable to file the government's brief by the current deadline given the nature of Ramirez-Ramirez's appeal and my work on other responses. Accordingly, the United States has demonstrated both diligence and substantial need for the requested extension. *See* 5TH CIR. R. 31.4.3.2.

8. I am mindful of this Court's objective of promptly resolving pending appeals, and do not seek this extension for purposes of delay, but to ensure adequate time to prepare an accurate and complete brief. Therefore, I respectfully request a 30-day extension until December 19, 2025.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

CARMEN CASTILLO MITCHELL
Chief, Appellate Division

s/ Kristian D. Amundsen
Kristian D. Amundsen
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9102

ATTORNEYS FOR APPELLEE

## CERTIFICATE OF CONFERENCE

On November 12, 2025, appellant's counsel, Federico Reynal, Esq., informed me that he is unopposed to this motion.

## CERTIFICATE OF SERVICE

I, Assistant United States Attorney Kristian D. Amundsen, hereby certify that on November 12, 2025, an electronic copy of "United States' Unopposed Motion for Extension of Time to File Brief" was served by notice of electronic filing via this Court's CM/ECF system upon opposing counsel, Federico Reynal, Esq.

s/Kristian D. Amundsen
Kristian D. Amundsen
Assistant United States Attorney
Dated: November 12, 2025

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 617 words, excluding any part exempted by Fed. R. App. P. 27(a)(2)(B).

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Office Word 365 in Century Schoolbook, 14-point font for text and 12-point font for footnotes.

3. This document complies with the privacy redaction requirement of 5th Cir. R. 25.2.13 because it has been redacted of any personal data identifiers.

4. This document complies with the electronic submission of 5th Cir. R. 25.2.1, because it is an exact copy of the paper document.

5. This document has been scanned for viruses with the most recent version of McAfee Endpoint Security and is free of viruses.

s/Kristian D. Amundsen  
Kristian D. Amundsen  
Assistant United States Attorney  
Dated: November 12, 2025
