IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

**United States of America,**
    **Plaintiff – Appellee**

v.                                                                                           Case No. 25-20155

**Antonio Ramirez-Ramirez**
    **Defendant – Appellant**

Appeal from the United States District Court
For the Southern District of Texas
USDC No. 4:23-CR-565-1

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANT'S REPLY BRIEF

Comes now Appellant Antonio Ramirez-Ramirez, through counsel F. Andino Reynal, and seeks a 14-day extension of time to file his reply brief for the following reasons:

1.   The appeal arises from a seven (7) days trial after which Appellant was sentenced to 216 months' incarceration and a term of five (5) years' supervised release.

2.   Appellant filed his opening brief on September 23, 2025.

3.   The Government's response brief was originally due on October 20, 2025.

1

4. The Government received a Level One 30-day extension to file its response brief.

5. The Government then requested and was granted a second 30-day extension to file its response brief.

6. The Government filed its brief on December 19, 2025.

7. The instant motion is Appellant's first request for extension of his reply brief deadline, and Appellant does not anticipate requesting a further extension.

8. This extension is not brought for the purpose of delay but is urged due to the complexity of the appeal, counsel's workload and counsel's schedule. Specifically, counsel will be in Kansas for meetings to prepare for trial in *United States v. Newton Jones, et. al.*, case no. 2:24-CV-80070-DDC-TJJ on January 6 through the evening of January 9, 2026. Also, counsel was overseas, without access to the record, when the Government's response brief was filed, and counsel just returned to the office on January 5, 2026.

9. Counsel for the Government, Kristian D. Amundsen, does not oppose Appellant's request for extension.

10. If this Court cannot grant the requested extension to January 23, 2026, then Appellant humbly asks for whatever shorter period that the Court deems appropriate.

Therefore, Appellant requests that an extension of 14 days be granted so that Appellant's reply brief is due on January 23, 2026.

Dated:  January 5, 2026                    Respectfully submitted,

**The Reynal Law Firm, P.C.**

By:   /s/ F. Andino Reynal
F. Andino Reynal
Texas Bar No. 24060482
917 Franklin, 6th Floor
Houston, Texas. 77002
Phone: (713) 228-5900
areynal@frlaw.us

*Counsel for Antonio Ramirez-Ramirez*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was delivered via ECF delivery to all counsels on this the 5th day of January, 2026.

/s/ F. Andino Reynal
F. Andino Reynal

## CERTIFICATE OF CONFERENCE

On January 5, 2026, I conferred with AUSA Kristian Amundsen who is UNOPPOSED to the granting of the instant motion.

/s/ F. Andino Reynal
F. Andino Reynal

## **CERTIFICATE OF COMPLIANCE**

Pursuant to 5th Cir. R. 32.2, undersigned counsel certifies that this motion complies with the type-volume limitations of Fed. R. App. P. 32.

1. This motion complies with Fed. R. App. P. 32(b) and is printed in a proportionally spaced, serif typeface using Cambria 14-point font in text and Cambria 12-point font in footnotes produced by Microsoft Word software.

2. Exclusive of the portions exempted by Fed. R. App. P. 32(f), this motion contains 283 words printed in a proportionally spaced typeface.

3. Counsel has provided an electronic PDF version of this matter for the Court.

4. Undersigned counsel understands that a material misrepresentation in completing this certificate, or circumvention of the type-volume limits in 5th Cir. R. 32 may result in the Court striking this motion and imposing sanctions against the person who signed it.

/s/ F. Andino Reynal
F. Andino Reynal