# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 07, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-20155   USA v. Ramirez-Ramirez
                  USDC No. 4:23-CR-565-1

The court has granted an extension of time to and including January 23, 2026 for filing a reply brief in this case.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _____
                     Shatyra Rasheed, Deputy Clerk

Mr. Kristian Amundsen
Ms. Carmen Castillo Mitchell
Mr. Federico Reynal