# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 25, 2026

Mr. Kristian Amundsen
U.S. Attorney's Office
Southern District of Texas
1000 Louisiana Street
Suite 2300
Houston, TX 77002

Mr. Federico Reynal
Reynal Law Firm, P.C.
917 Franklin Street
6th Floor
Houston, TX 77002

    No. 25-20155   USA v. Ramirez-Ramirez
                 USDC No. 4:23-CR-565-1

Dear Counsel,

You must submit the **6 paper copies of your brief** required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the **4 paper copies of your record excerpts** required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

**The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray.**

**Please be sure that you print your paper copies from this notice of docket activity and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. DO NOT SUBMIT PAPER COPIES WITHOUT FILING HEADER.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Kim M. Pollard, Deputy Clerk
504-310-7635

cc:
    Ms. Carmen Castillo Mitchell