# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 01, 2026

Mr. Federico Reynal
Reynal Law Firm, P.C.
917 Franklin Street
6th Floor
Houston, TX 77002

   No. 25-20155   USA v. Ramirez-Ramirez
               USDC No. 4:23-CR-565-1

Dear Mr. Reynal,

We paper copies of your brief. However, you must make the following corrections within the next 5 days.

You need to correct or add: Paper copies of the appellee's brief were erroneously sent. Please send the correct paper copies of your brief.

Sincerely,

LYLE W. CAYCE, Clerk

*Kim M. Pollard*

By: _____
Kim M. Pollard, Deputy Clerk
504-310-7635